[No. 7,555.—Department One.]
December 22, 1882.

## SAMUEL B. MARTIN v. MARTIN DURAND ET AL.

ACTION TO RECOVER PERSONAL PROPERTY—CROP GROWING ON LAND HELD ADVERSELY.

APPEAL from a judgment for the defendants, and from an order denying a new trial, in the Superior Court of the City and County of San Francisco.   WILSON, J.

L. Aldrich and °E. D. Wheeler, for Appellant.

Mich. Mullany, for Respondents.

The COURT:

On the authority of Martin v. Thompson, supra, judgment and order affirmed.